1

2                          UNITED STATES DISTRICT COURT

3                               DISTRICT OF NEVADA

4                                      * * *

5    BARRY HARRIS,                              Case No. 3:20-cv-00695-MMD-WGC

6                          Petitioner,                      ORDER

7        v.

8
     CALVIN JOHNSON, et al.,
9
                           Respondents.
10

11

12        In this habeas corpus action, Petitioner Barry Harris, represented by appointed

13   counsel, filed an application to proceed *in forma pauperis* on March 3, 2021. (ECF No.

14   14.) Based on the information provided with that application, the Court will deny the

15   application and will require Petitioner to pay the filing fee for this action.

16        It is therefore ordered that Petitioner's application to proceed *in forma pauperis*

17   (ECF No. 14) is denied. Petitioner will have until and including April 9, 2021, to pay the

18   $5 filing fee for this action.

19        DATED THIS 4th Day of March 2021.

20

21        _____

22        MIRANDA M. DU
          CHIEF UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

                                           1